THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Leroy Mazyck, Appellant.
 
 
 

Appeal From Berkeley County
 R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-311
Submitted May 1, 2005  Filed May 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry D.  McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Leroy Mazyck appeals his conviction for murder.  Mazycks appellate counsel has petitioned to be relieved as counsel, stating she has reviewed the record and concluded Mazycks appeal is without merit.  Mazyck filed a separate pro se brief.
After a review of the record and briefs as required by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.